| | |
|---|---|
| (101) CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE/ LETTER TO ISSUE | 200409-2805-1 |

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

ANDRE BERGERON
versus
HMO LOUISIANA INC

Case: 802-706   Div: "C"
P 1 ANDRE BERGERON

To: HMO LOUISIANA INC
THROUGH ITS REGISTERED AGENT
MICHELE S. CALANDRO
5525 REITZ AVENUE
BATON ROUGE LA 70809

CK#15497
$40.08

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney WILL C. GRIFFIN and was issued by the Clerk of Court on the 9th day of April, 2020.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

| | |
|---|---|
| (101) CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE/ LETTER TO ISSUE | 200409-2805-1 |

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address       ___ Numerous attempts _____ times
___ Vacant                    ___ Received too late to serve
___ Moved                     ___ No longer works at this address
___ No such address           ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   # _____
              Deputy Sheriff
Parish of: _____

LEGAL AFFAIRS

MAY 06 2020

# NICAUD & SUNSERI LAW FIRM, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

FILED FOR RECORD 03/24/2020 09:31:21
Jon A. Gegenheimer, DY CLERK
JEFFERSON PARISH, LA

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Jeffrey M. Siemssen
Michelle Demarest Sunseri
Will C. Griffin
Bret D. Guepet, Jr.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
gkirk@nslawla.com

537
P1

March 20, 2020

Clerk of Court - 24th JDC
Parish of Jefferson
P. O. Box 10
Gretna, LA 70054-0010

RE: Andre Bergeron vs. HMO Louisiana, Inc.
24th JDC No.: 802-706, Div. C
Our File No.: 19-1946

Dear Clerk:

Enclosed please find a copy of the ***Petition for Damages*** that was filed in the above matter. Please issue service of a Citation and the Petition to HMO Louisiana, Inc. to be served as follows:

HMO Louisiana, Inc.
*Through its registered agent*
Michele S. Calandro
5525 Reitz Avenue
Baton Rouge, LA 70809

EBRCC# 15482 mailed back to
39.36  W. Griffin
3-31-2020
- BMC

Per my conversation with your office, there is enough funds on the docket to cover Jefferson Parish's service fee.

Finally, enclosed is our firm's check (check # 15482) for $36.39, payable to the East Baton Rouge Sheriff's Office for their service fee.

With kindest regard, I remain

Sincerely,

*Gale Kirk*
Gale Kirk
Legal Assistant to WILL C. GRIFFIN

/gk
Enclosures
cc: Mr. Andre Bergeron (via email)

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE/ LETTER TO ISSUE                200409-2805-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANDRE BERGERON
versus
HMO LOUISIANA INC

Case: 802-706   Div: "C"
P 1 ANDRE BERGERON

To: HMO LOUISIANA INC
THROUGH ITS REGISTERED AGENT
MICHELE S. CALANDRO
5525 REITZ AVENUE
BATON ROUGE LA 70809

CK#15497
$40.08

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney WILL C. GRIFFIN and was issued by the Clerk of Court on the 9th day of April, 2020.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR NOTICE/ LETTER TO ISSUE                200409-2805-1

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

LEGAL AFFAIRS

MAY 06 2020

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1

**NICAUD & SUNSERI LAW FIRM, L.L.C.**
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

FILED FOR RECORD 03/24/2020 09:31:21
Jon A. Gegenheimer, DY CLERK
JEFFERSON PARISH, LA

Albert J. Nicaud*
J. Douglas Sunseri*
Svetlana "Lana" Crouch
Jeffrey M. Siemssen
Michelle Demarest Sunseri
Will C. Griffin
Bret D. Guepet, Jr.
(*A Professional Law Corporation)

Telephone (504) 837-1304
Facsimile (504) 833-2843
gkirk@nslawla.com

537
PI

March 20, 2020

Clerk of Court - 24th JDC
Parish of Jefferson
P. O. Box 10
Gretna, LA 70054-0010

RE:   Andre Bergeron vs. HMO Louisiana, Inc.
      24th JDC No.: 802-706, Div. C
      Our File No.: 19-1946

Dear Clerk:

Enclosed please find a copy of the *Petition for Damages* that was filed in the above matter. Please issue service of a Citation and the Petition to HMO Louisiana, Inc. to be served as follows:

HMO Louisiana, Inc.
*Through its registered agent*
Michele S. Calandro
5525 Reitz Avenue
Baton Rouge, LA 70809

EBRCC#15482 mailed back
to
39.36  W. Griffin
3-31-2020
- BMC

Per my conversation with your office, there is enough funds on the docket to cover Jefferson Parish's service fee.

Finally, enclosed is our firm's check (check # 15482) for $36.39, payable to the East Baton Rouge Sheriff's Office for their service fee.

With kindest regard, I remain

Sincerely,

*Gale Kirk*
Gale Kirk
Legal Assistant to WILL C. GRIFFIN

/gk
Enclosures
cc: Mr. Andre Bergeron (via email)

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 802-706                     DIVISION: "C"

ANDRE BERGERON

VERSUS

HMO LOUISIANA, INC.

FILED:_____     _____
                   DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Andre Bergeron (hereinafter, "Bergeron"), a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, and respectfully represents as follows:

I.

Made Defendant herein is:

1) HMO LOUISIANA, INC. (hereinafter, "HMO Louisiana"), a health insurer, authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

II.

HMO Louisiana is liable to Bergeron for such damages as are reasonable in the premises together with legal interest thereon from the date of judicial demand until paid, reasonable attorney's fees, penalties, and all costs of these proceedings for the following reasons *to wit:*

III.

Bergeron is insured under the health insurance policy held with HMO Louisiana under Group Number: 86911FF1 0000 (the "Policy").

IV.

Bergeron suffers from a multitude of complicated and complex medical conditions that have invariably caused difficulty in obtaining treatment. The combination of these conditions requires specialized treatment and care.

V.

Beginning in January 2019, Bergeron's conditions became an emergency. His conditions deteriorated his physical and mental health to such a degree that Bergeron's immediate physical

1

and mental health and safety were not only a concern for Bergeron, but for his family as well.

VI.

It was of such recent and immediate onset and severity that it placed the health of Bergeron and his family in serious jeopardy.

VII.

As a result of this crisis and following the advice of his therapist, Bergeron sought immediate care to address his urgent health issues and concerns.

VIII.

Despite several efforts, Bergeron was unable to obtain treatment from an in-network provider of HMO Louisiana because of the complexity of his conditions.

IX.

The inability of in-network providers to provide the necessary and crucial treatment that Bergeron required forced Bergeron to seek emergency medical treatment at Pine Grove Behavioral Health & Addiction Services ("Pine Grove") in Hattiesburg, Mississippi.

X.

Pine Grove was the closest facility that could provide treatment necessary for Bergeron's complex condition and to intervene and prevent harm to Bergeron and/or his immediate family.

XI.

During this emergency, Bergeron immediately notified HMO Louisiana in January 2019 with specific information supporting his claim for coverage.

XII.

Despite the emergency medical condition of Bergeron, as well as his inability to obtain treatment from an in-network provider of HMO Louisiana because of the complexity of his conditions, HMO Louisiana denied Bergeron's claim for coverage because the services were not within a seventy-five (75) mile radius of his home.

XIII.

At all material times hereto, the Policy provided coverage for the treatment Bergeron obtained.

XIV.

HMO Louisiana breached its agreement with Bergeron when it refused to provide coverage for the treatment of Bergeron.

XV.

Even though HMO Louisiana received proper notice and proof of Bergeron's claim, it failed to make any reasonable effort to pay the valid claim for Bergeron's treatment and issued an immediate and erroneous denial of coverage.

XVI.

The failure of HMO Louisiana to pay Bergeron's claim within thirty (30) days from the date upon which written notice and proof of claim violated La. R.S. § 22:1821.

XVII.

The refusal of HMO Louisiana to pay Bergeron's claim within thirty (30) of receipt of satisfactory proof of loss of that claim is not based on a good-faith defense or reasonable grounds for denial.

XXI.

Bergeron is entitled to all foreseeable and unforeseeable damages that resulted from HMO Louisiana's breach of the contract and bad faith.

**WHEREFORE**, Plaintiff, Andre Bergeron, prays that his Petition be deemed good and sufficient, and after due proceedings, there be judgment herein in favor of Andre Bergeron, and against HMO Louisiana, Inc. for breach of contract and bad faith, for such damages as are reasonable in the premise, reasonable attorney fees, penalties, legal interest thereon from the date of judicial demand until paid, all costs of these proceedings and for any and all general and equitable relief.

Respectfully submitted,

ALBERT J. NICAUD, #19261
JEFFREY M. SIEMSSEN, #31965
WILL C. GRIFFIN, #36864
BRET D. GUEPET, JR., #38758
Nicaud & Sunseri Law Firm, L.L.C.
3000 18th Street
Metairie, LA 70002
Telephone: 504.837.1304
Facsimile: 504.833.2843
*Attorneys for Plaintiff, Andre Bergeron*

**SERVICE INSTRUCTIONS: PLEASE WITHHOLD SERVICE AT THIS TIME**

HMO Louisiana, Inc.

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

3

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 802-706                                                                                                  DIVISION: "C"

ANDRE BERGERON

VERSUS

HMO LOUISIANA, INC.

FILED: _____           _____
                                                            DEPUTY CLERK

### REQUEST FOR NOTICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

Pursuant to Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment, the rendition of any interlocutory order of judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
ALBERT J. NICAUD, #19261
JEFFREY M. SIEMSSEN, #31965
WILL C. GRIFFIN, #36864
BRET D. GUEPET, JR., #38758
Nicaud & Sunseri Law Firm, L.L.C.
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
*Attorneys for Plaintiff, Andre Bergeron*

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

4