UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE BERGERON | CIVIL ACTION |
| VERSUS | NO: 20-1450 |
| HMO LOUISIANA, INC. | SECTION: G |

## JUDGMENT

Pursuant to the Court's order and reasons filed herein[1],

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, HMO Louisiana, Inc., and against the plaintiff, Andre Bergeron.

New Orleans, Louisiana, this __28th__ day of July 2021.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec Doc 41